IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ CALDERÓN<br><br>Plaintiff,<br><br>v.<br><br>**INTERNAL MEDICINE CANÓVANAS GROUP CORP.; ADA ELBA CONTRERAS MEDINA, ET AL.,**<br><br>Defendant. | CIVIL NO. 22-1240 (ADC) |

**MOTION SUBMITTING CERTIFIED TRANSLATIONS**

**COME NOW** the Defendant, (or "Defendant") by and through its undersigned counsels, and respectfully submit the Exhibits attached to its *Notice of Removal* (Docket No. 1) in the English language, in compliance with L. CV. R. 5(G).

**IT IS HEREBY CERTIFIED** that on this same date, a true and exact copy of the instant motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of June 2022.

**VALENZUELA-ALVARADO, LLC**
MCS Plaza
255 Ponce de León Avenue
Suite 825, Hato Rey
San Juan, Puerto Rico 00917-1942
Tel. (787) 756-4053
Fax: (787) 705-7415
www.valenzuelalaw.net

**S/José Enrico Valenzuela-Alvarado**

**JOSÉ ENRICO VALENZUELA-ALVARADO**
U.S.D.C.-P.R. 220104
Emails:
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
enricovalenzuela@hotmail.com

**S/Mariangeli Mercado-Torres**

**MARIANGELI MERCADO-TORRES**
U.S.D.C.-P.R. 308205
Email: lcda.mariangelimercado@gmail.com
mmt@valenzuelalaw.net