# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ CALDERON,<br>    Plaintiff,<br><br>    v.<br><br>INTERNAL MEDICINE CANOVANAS<br>GROUP, CORP. et al,<br>    Defendants. | Civ. No. 22-1240 (ADC) |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Opinion and Order dated September 30th, 2025, at ECF No. 84.

Pursuant to the Court's Order, Judgment is hereby entered accordingly.

The Motion for Reconsideration at ECF No. 80 is DENIED. The case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 30th day of September, 2025.

ADA I. GARCIA-RIVERA, CPA, ESQ.
Clerk of the Court

By: *S/Verónica S. Otero-Rivera*
    Verónica S. Otero-Rivera
    Courtroom Deputy Clerk